OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

OFFICE, P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

STATE OF TEXAS
PENALTY FOR
PRIVATE USE

WR-73,420-11

9/8/2015
FOSTER, LESLIE AKA LESLIE RAY FOSTER
Tr. Ct. No. 1465862-A
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

LESLIE FOSTER